UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL R. HUDSON, <br><br> Plaintiff, <br><br> vs <br><br> OFFICER ERIC AGNEW #410 et ux., et al., <br><br> Defendant. | CV09-5696FDB <br><br><br><br> ORDER OF DEFAULT |

NOW, on this 3rd day of February, 2010, the Court directs the Clerk to enter the following Order:

Plaintiff's Motion for entry of default against Defendant Jefferson County

Is hereby GRANTED in accordance with Fed. R. Civ. P.55(a) and CR55(a).

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

                                           **/s/ Pat LeFrois**
                                           Pat LeFrois
                                           Courtroom Deputy